SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 02 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROBIN SILLS                                                                                    PLAINTIFF

VS.                                        CIVIL ACTION NO. 2:15cv90-KS-MTP

BEAL BANK, SSB (LPP MORTGAGE LTD)                                          DEFENDANT

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446, Beal Bank, SSB ("Beal Bank") and LPP Mortgage Ltd ("LPP") (collectively referred to as "Defendants") hereby submit this Notice of Removal to the United States District Court for the Southern District of Mississippi, and as reason for removal would show unto this Honorable Court as follows:

1. On June 4, 2015, Plaintiff Robin Sills filed her Complaint against Beal Bank, LPP (Plaintiff mistakenly spelled it *LLP*) and other, fictitious defendants in the Chancery Court of Lamar County, Mississippi, Cause No. 2015-0446-GN-B *(See "Exhibit A" and enclosed CD)*.

2. Defendants received notice of the suit on June 8, 2015. This Notice of Removal is therefore timely filed under 28 U.S.C. § 1446.

3. Removal is proper on the basis of diversity jurisdiction pursuant to 28 U.S.C. § 1332. Diversity jurisdiction exists in this Court as there is complete diversity of citizenship between the Defendant and the Plaintiff, and more than $75,000 is in controversy, exclusive of interest and costs. *See* 28 U.S.C. § 1332.

4. At the time of the filing of the Complaint, Beal Bank was a privately owned Texas state savings bank, wholly owned by Beal Financial Corporation, a Texas Corporation, and remains in that status at the time of filing of this Notice of Removal. LPP is a Texas limited

partnership owned by two partners, Beal Nevada Corporation, and Property Acceptance Corporation. Beal Nevada Corporation is a Nevada Corporation. Property Acceptance Corporation is a Texas Corporation. MGC Mortgage, Inc., is a Texas corporation wholly owned by Property Acceptance Corporation, with its principal place of business in Plano, Texas. CLMG Corp., is a Texas corporation with its principal place of business in Plant, Texas. The Defendants maintain their principal place of business in Texas. Therefore, for diversity of citizenship purposes, each of the Respondents named by Plaintiff are citizens of Texas. *See* 28 U.S.C. §1332(c)(1).

5. Plaintiff is a resident of Mississippi. *See* Complaint at ¶ 1.

6. Because the Plaintiff is not a citizen of any state of which the Defendants are citizens, complete diversity exists. *See* 28 U.S.C. § 1332(a)(1). Furthermore, the Court need not consider the citizenship of fictional, un-named defendants. *Doleac ex rel. Doleac v. Michalson*, 264 F.3d 470, 475 (5th Cir. 2001) (quoting 28 U.S.C. § 1441(a) which states, "For purposes of removal, . . . the citizenship of defendants sued under fictitious names shall be disregarded.").

7. The Plaintiff alleges and seeks damages in the amount of $104,000.00 in the Complaint. *See* Complaint at Page 11, ¶e. Furthermore, the value of the property that is the object of this litigation and which is sought to be protected by such litigation exceeds $75,000; therefore, the amount in controversy requirement under 28 U.S.C. § 1332(a) is met. Since complete diversity exists, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, the United States District Court for the Southern District of Mississippi has original jurisdiction pursuant to 28 U.S.C. § 1332.

8. This division is the appropriate venue for this matter, because it is the district court division embracing the state court from which the case was removed. 28 U.S.C. § 104(b).

9. By filing this Notice of Removal, Defendants do not waive their right to object to jurisdiction over the person, venue, service of process, the sufficiency of process or jurisdiction over the subject matter. Defendants also reserve the right to assert any and all defenses and objections to which they may each be entitled.

10. Copies of all process, pleadings, and orders received by Defendants in this action are included in Exhibit A to this Notice.

11. A Notice of Filing, along with a copy of this Notice of Removal, has been sent to all counsel of record and will be filed with the Clerk of Court for the Chancery Court of Lamar County, Mississippi.

Defendants respectfully request that this Court assume full jurisdiction over this civil action.

This the 1st day of July, 2015.

Respectfully submitted,

BEAL BANK, SSB
LPP MORTGAGE LTD

By its Attorneys,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: _____
C. Lee Lott, III

C. Lee Lott, III (MS Bar No. 10605)
Jake Adams (MS Bar No. 101538)
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC
4268 I-55 North Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

## CERTIFICATE OF SERVICE

I, Lee Lott, certify that I have this day forwarded via U.S. Mail a copy of the foregoing pleading to:

Robin Sills, Esq.
40 Acadian Circle
Hattiesburg, MS 394025

This the 1st day of July, 2015.

_____
C. Lee Lott, III

4