IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROBIN SILLS                                                                    PLAINTIFF

V.                                             CIVIL ACTION NO. 2:15-CV-90-KS-MTP

BEAL BANK, SSB, *et al.*                                                  DEFENDANTS

## JUDGMENT

This matter having come before the Court on Plaintiff's Motion to Remand [5], Defendant's Motion to Dismiss [22] Plaintiff's Amended Complaint and Defendants' Motion to Dismiss [2] Plaintiff's initial complaint, and the Court found in a separate opinion that the Complaint in the above styled case should be **dismissed with prejudice**.

IT IS THEREFORE ORDERED AND ADJUDGED that the above captioned cause be and the same is hereby dismissed with prejudice pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED on this, the 24th day of September, 2015.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE